IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

CERULE, LLC,

          Plaintiff,

    v.

STEMTECH HEALTHSCIENCES, INC.,
(d/b/a Stemtech International, Inc.); RAY
C. CARTER, JR.,

          Defendants.

Civ. No. 1:16-cv-00873-AA

**TEMPORARY RESTRAINING ORDER**

AIKEN, District Judge.

    This matter comes before the Court on Plaintiff Cerule, LLC's Motion for a Temporary Restraining Order ("TRO"). ECF No. 12.

    Having reviewed and considered the Amended Complaint, Plaintiff's motion, and supporting documents, I rule that a temporary restraining order is necessary to prevent the irreparable injury alleged in the motion and shown in the supporting exhibits. Accordingly, Plaintiff's Motion for a Temporary Restraining Order, ECF No. 12, is GRANTED.

Page 1 – ORDER

From the date and time of this Order, Defendants Stemtech Healthsciences, Inc. and Ray C. Carter, Jr. are hereby enjoined from using, advertising, marketing, or selling any product with the registered "StemEnhance" trademark, U.S. Trademark Registration No. 3294865, and any other name that may be confusingly similar thereto, such as "se2," "se3," "StemFlo," or "StemRelease." Plaintiff shall not be required to supply a bond at this time.

On August 23, 2016 at 10:00 a.m., the parties are directed to appear at a preliminary injunction hearing to determine whether this injunction should continue. The parties may appear by telephone at the preliminary injunction hearing.

It is SO ORDERED and DATED this 11th day of August, 2016 at 5:06 p.m.

ANN AIKEN
District Judge